Lauretta Drake Bahry, Assistant U.S. Attorney, Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, Plaintiff-Appellee

Marjorie A. Meyers, Federal Public Defender, Evan Gray Howze, Assistant Federal Public Defender, John Moreno Parras, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Defendant-Appellant Mario Alberto Cordova-Zarate appeals his 27-month sentence of imprisonment for illegally reentering the United States after deportation following a felony conviction. 8 U.S.C. § 1326(a), (b)(1). He argues that the district court erred in recommending that he receive credit for time he spent in state custody before his transfer to federal custody because the recommendation does not have binding effect.

Cordova-Zarate did not object when the district court made the recommendation at his sentencing hearing. Accordingly, we review the issue for plain error. *United States v. Kirklin*, 701 F.3d 177, 178 (5th Cir. 2012).

The Attorney General, through the Bureau of Prisons (BOP), determines what credit, if any, will be awarded. 18 U.S.C. § 3585(b); *see Leal v. Tombone*, 341 F.3d 427, 428 (5th Cir. 2003). Because a nonbinding recommendation could serve the salutary purpose of alerting the BOP to time the defendant spent in state custody that might apply to his federal sentence, Cordova-Zarate fails to show that the rec-

ommendation amounted to clear or obvious error. *See Puckett v. United States*, 556 U.S. 129, 135, 129 S.Ct. 1423, 173 L.Ed.2d 266 (2009).

AFFIRMED.

**UNITED STATES of America, Plaintiff-Appellee**

v.

**Phillip Dewayne WILLIAMS, Defendant-Appellant**

**No. 17-10359**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed October 27, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Phillip Dewayne Williams, Pro Se

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

PER CURIAM: *

The Federal Public Defender appointed to represent Phillip Dewayne Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Williams has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.